**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-1235-ZLW-BNB

DAVID LODGE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE, a Colorado municipality,
CITY OF LAKEWOOD, a Colorado municipality,

    Defendants.

---

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to and in accordance with the parties' Stipulation to Dismiss Without Prejudice signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice, the parties to bear their own attorneys' fees and costs.

DATED at Denver, Colorado, this __19__ day of September, 2005

                BY THE COURT:

                s/ Zita L. Weinshienk
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court